**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BECKY H. HESS,**

        **Plaintiff,**

    **v.**                                      **Case No. 3:06cv184/RV/EMT**

**FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE
COMPANY, et al.,**

        **Defendants.**

        _____/

## ORDER

        The parties have filed several motions regarding the previously-ordered mediation and further discovery. (Doc.s 42, 43, 44, 47) Those motions are each DENIED.

        The parties are obviously not presently prepared to mediate this case in good faith. Accordingly, the order of October 16, 2006, is set aside, and the case will proceed. Any discovery disputes may be presented to the Magistrate Judge.

        DONE AND ORDERED this 8th day of November, 2006.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON
                                                  Senior United States District Judge**